IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

IN RE: The Matter of:

CASE NO: 2013-CC-042187

**JASON HANSON**, individually
and on behalf of Minor Child OFH
    Plaintiff,

and

**VANESSA BROWN**
    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This Cause, came before the Court upon Plaintiff's Motion for Final Judgment, and with the Defendant, VANESSA BROWN, having been duly and properly served, having failed to file a proper response as required, with the Clerk having previously entered a default in favor of Plaintiff, and with the Court being otherwise fully advised in the premises, the Court finds as follows:

1. The Defendant, Vanessa Brown, entered into an oral agreement with the Plaintiff, Jason Hanson, to open a Florida Prepaid Account for the benefit of the Minor Child. Said account was opened January 22, 2007, and both parties consistently acted on such agreement by each contributing monthly payments of $40.25, with the total monthly amount being $80.50 added to the account.

2. The Defendant, Vanessa Brown, cancelled said Florida Prepaid Account and withdrew all funds in November 2013, and is indebted to the Plaintiff, the Minor Child, in the principal sum of $6,358.71.

3. The Court further finds that Plaintiff is entitled to recover taxable costs in the amount of $340.00 and attorneys fees in the amount of $810.00.

It is ORDERED and ADJUDGED that the Plaintiff, Jason Hanson, recover from Defendant, Vanessa Brown, a total sum of $7,508.71 that shall bear interest at a rate of 4.75%, and as adjusted pursuant to F.S. 55.03, for all of which let execution issue. This amount is calculated as follows: the principal sum of $6,358.71 plus costs and attorneys fees of $1,150.00.

It is further ORDERED and ADJUDGED that said full principal amount shall be used to open a qualified 529 College Savings Plan for the benefit of the Plaintiff, Minor Child.

It is further ORDERED and ADJUDGED that the account shall be opened with Plaintiff, Jason Hanson, as an account owner and Minor Child as the Beneficiary.

It is further ORDERED and ADJUDGED that the judgment debtor shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments,

Exhibit 1

and serve it on the Plaintiff's attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant, Vanessa Brown, to complete Form 1.977, including all required attachments, and serve it on the Plaintiff's attorney, or the Plaintiff if the Plaintiff is not represented by an attorney.

The Clerk of this Court shall not record the Fact Information Sheet the Defendant is ordered to complete herein.

ORDERED in Brevard County, Florida this _____ day of _____, 2014.

Original Signed On

FEB 2 1 2014

_____
Honorable Judge A. B. Majeed

by /A.B. Majeed/
County Court Judge

Copies to:

Vanessa Brown, 50 Rivercliff Lane, Merritt Island, FL 32952

Nugent Law P.A., 1275 S. Patrick Drive, Suite I, Satellite Beach, FL 32937

CAMILLE DYAL

FEB 2 1 2014

JUDICIAL ASSISTANT

Exhibit 1